# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

GLADSTONE A. DAINTY,

   Plaintiff,

v.

WELLS FARGO BANK, N.A.,

   Defendant.

Civil Action No. TDC-16- 2755

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ordered that Wells Fargo Bank, N.A.'s Motion to Dismiss, ECF No. 13, is GRANTED. The Clerk is directed to close this case.

Date: February 23, 2017

THEODORE D. CHUANG
United States District Judge